Stephen H. Hutchings, ABA #7705026
Adam W. Cook, ABA #0611071
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant/Third-Party Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, for the use and benefit of PERSONNEL PLUS EMPLOYMENT AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, PAYMENT BOND NO. 105385885, <br><br> Defendant. | Case No.: 3:12-cv-00009-HRH |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, PAYMENT BOND NO. 105385885, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ACD RAIL SERVICES, LLC, <br><br> Third-Party Defendant. | |

### NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT

COMES NOW Travelers Casualty and Surety Company of America, Payment

Bond No. 105385885, by and through undersigned counsel, and pursuant to Fed. R.

PERSONNEL PLUS V. TRAVELERS
NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT
F:\507025\4\00244164.DOCX
CASE NO. 3:12-CV-00009-HRH
PAGE 1 OF 2

Case 3:12-cv-00009-HRH   Document 15   Filed 04/20/12   Page 1 of 2

Civ. P. 41, hereby gives notice of the dismissal of its third-party complaint against ACD Railway Services, LLC, prior to Defendant's answer. Said dismissal is without prejudice.

DATED this  20th  day of April, 2012.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant/Third-Party Plaintiff

By: /s/ Stephen H. Hutchings
Stephen H. Hutchings, ABA #7705026
Adam W. Cook, ABA #0611071
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: shutchings@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2012, a true and correct copy of the foregoing was served on the following via electronic delivery:

Mr. Jason J. Ruedy
Law Offices of Royce & Brain
jruedy@roycebrain.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ Stephen H. Hutchings