Stephen H. Hutchings, ABA #7705026
Adam W. Cook, ABA #0611071
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, for the use and benefit of PERSONNEL PLUS EMPLOYMENT AGENCY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, PAYMENT BOND NO. 105385885, <br><br> Defendant. | Case No.: 3:12-cv-00009-HRH |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby give notice of the dismissal of this action in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees.

PERSONNEL PLUS V. TRAVELERS
STIPULATION FOR DISMISSAL WITH PREJUDICE
F:\507025\4\00254676.DOCX

CASE NO. 3:12-CV-00009-HRH
PAGE 1 OF 2

Case 3:12-cv-00009-HRH   Document 21   Filed 06/08/12   Page 1 of 2

LAW OFFICE OF ROYCE & BRAIN
Attorneys for Plaintiff

DATED: 6-7-2012    By: _____
Jason J. Ruedy, ABA #9911070
1407 West 31st Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone:   907.258-6792
Facsimile:   907.276-2919
Email:       jruedy@roycebrain.com

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant

DATED: 6-8-2012   By: _____
Stephen H. Hutchings, ABA #7705026
Adam W. Cook, ABA #0611071
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone:   907.276.1550
Facsimile:   907.276.3680
Email:       shutchings@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2012, a true and correct copy of the foregoing was served on the following via ~~electronic~~ hand delivery:

Mr. Jason J. Ruedy
Law Offices of Royce & Brain
jruedy@roycebrain.com

BIRCH HORTON BITTNER & CHEROT

By: _Martha K. Marshall_

PERSONNEL PLUS V. TRAVELERS
STIPULATION FOR DISMISSAL WITH PREJUDICE
F:\507025\4\00254676.DOCX

CASE NO. 3:12-CV-00009-HRH
PAGE 2 OF 2

Case 3:12-cv-00009-HRH   Document 21   Filed 06/08/12   Page 2 of 2