IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES, for the use and benefit of PERSONNEL PLUS EMPLOYMENT AGENCY, INC.,

          Plaintiff,

  vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA PAYMENT BOND NO. 105385885,

          Defendant.

No. 3:12-cv-0009-HRH

O R D E R

Case Dismissed

Pursuant to the stipulation of the parties,[1] and for good cause shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, all parties to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this 12th day of June, 2012.

                                   /s/ H. Russel Holland
                                   United States District Judge

---

[1] Docket No. 21.